DOLORES SANTIAGO, Appellant, v KARL M. SCHMIDT, Respondent. [926 NYS2d 336]

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Smith, J.P., Centra, Carni, Sconiers and Gorski, JJ.